**Michael J. Estok**, OSB #090748
Email: mestok@lindsayhart.com
LINDSAY HART, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
Phone: 503-226-7677
Fax: 503-226-7697
Attorneys for Defendants sanofi-aventis U.S. LLC
and Sanofi U.S. Services Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| PAULA ALO, | Case No. 1:23-cv-01557-AA |
| Plaintiff, | |
| v. | **NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY PROCEEDINGS** |
| SANOFI-AVENTIS U.S. LLC, WINTHROP U.S., SANOFI US SERVICES INC. | |
| Defendants. | |

**NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY PROCEEDINGS**

Plaintiff Paula Alo and Defendants Sanofi U.S. Services, Inc. and sanofi-aventis U.S. LLC (collectively, "the Parties"), hereby give notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

The Parties are in the process of preparing and finalizing a settlement agreement that will resolve Ms. Alo's case as well as other Taxotere cases in which the plaintiffs are represented by Johnson Law Group. Accordingly, the Parties in this matter respectfully request that this Court vacate all pending deadlines and stay this matter for six months, through and including

September 6, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

Dated: March 12, 2024                                   Respectfully submitted,

| **JOHNSON LAW GROUP** | **LINDSAY HART LLP** |
|---|---|
| /s/ *Russell W. Lewis, IV* | /s/ *Michael J. Estok* |
| Russell W. Lewis, IV | Michael J. Estok |
| JOHNSON LAW GROUP | LINDSAY HART LLP |
| 2925 Richmond Ave., Suite 1700 | 1300 SW Fifth Avenue |
| Houston, TX  77098 | Suite 3400 |
| *Attorney for Plaintiff* | Portland, OR 97201 |
| | |
| | Christopher J. Kaufman |
| | SHOOK, HARDY& BACON L.L.P. |
| | 2555 Grand Boulevard |
| | Kansas City, Missouri 64108 |
| | |
| | *Attorneys for Defendants* |