IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAULA ALO,

      Plaintiff,

      v.

SANOFI US SERVICES INC., *et al*.,

      Defendants.

_____

Civ. No. 1:23-cv-01557-AA

JUDGMENT

Pursuant to the Joint Notice of Voluntary Dismissal, this action is DISMISSED with prejudice.  Each party shall bear its own attorney's fees and costs.

DATED: 1/15/2025

                        Melissa Aubin, Clerk

                        By    /s/ C. Kramer
                                Deputy Clerk

1 –JUDGMENT